USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK (SKAT) TAX
REFUND SCHEME LITIGATION

This document relates to all actions.

MASTER DOCKET

18-md-2865 (LAK)

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiff SKAT, which is the Customs and Tax Administration of the Kingdom of Denmark ("SKAT"), has sued the Defendants herein in the above-captioned multidistrict litigation; and

WHEREAS, Plaintiff SKAT filed a Motion for Issuance of a Request for International Judicial Assistance to Obtain Evidence (the "Motion") on November 30, 2018; and

WHEREAS, under the Local Civil Rules for the Southern District of New York, Defendants' opposing affidavits and answering papers must be served within seven days of service of the moving papers; and

WHEREAS, under the Local Civil Rules for the Southern District of New York, Plaintiff's reply affidavits and memoranda of law must be served within two days after service of the answering papers;

IT IS HEREBY STIPULATED AND AGREED between the parties that the Defendants' deadline to respond to the Motion is extended to December 14, 2018, and Plaintiff's reply shall be filed by December 21, 2018.

Dated: New York, New York
       December 5, 2018

92912364_1

Case 1:18-md-02865-LAK   Document 47   Filed 12/07/18   Page 2 of 5
Case 1:18-md-02865-LAK   Document 43   Filed 12/05/18   Page 2 of 5

2

| CAPLIN & DRYSDALE, LLP | HUGHES HUBBARD & REED LLP |
|---|---|
| By: /s/ Mark D. Allison<br>Mark D. Allison<br>Zhanna A. Ziering<br>600 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 379-6060<br>Fax: (860) 493-6290<br>E-mail: mallison@capdale.com | By: /s/ Sarah L. Cave<br>William R. Maguire<br>Marc A. Weinstein<br>Sarah L. Cave<br>John T. McGoey<br>Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Tel.: (212) 837-6000<br>Fax: (212) 422-4726<br>Email: Sarah.cave@hugheshubbard.com<br><br>*Attorneys for Plaintiff* |

HANAMIRIAN LAW FIRM, P.C.

By: /s/ John Hanamirian
John Hanamirian
30 Wall St.
New York, NY 10005
Tel: (856) 793-9092
E-mail: jmh@hanamirian.com

MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO PC

By: /s/ Edward M. Spiro
Edward M. Spiro
Audrey Feldman
565 5th Ave.
New York, NY 10017
Tel: (212) 856-9600
E-mail: espiro@maglaw.com

Case 1:18-md-02865-LAK   Document 47   Filed 12/07/18   Page 3 of 5
Case 1:18-md-02865-LAK   Document 43   Filed 12/05/18   Page 3 of 5

3

WILLIAMS & CONNOLLY LLP

By: /s/ Stephen Andrews
Stephen Andrews
Amy B. McKinlay
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5291
E-mail: SAndrews@wc.com

KOSTELANETZ & FINK, LLP

By: /s/ Bryan C. Skarlatos
Bryan C. Skarlatos
Eric Smith
250 Greenwich St.
New York, NY 10007
Tel: (212) 808-8100
E-mail: bskarlatos@kflaw.com

GUSRAE KAPLAN & NUSBAUM PLLC

By: /s/ Martin H. Kaplan
Martin H. Kaplan
J. Christopher Albanese
120 Wall Street
New York, NY 10005
Tel: (212) 379-6060
E-mail: mkaplan@gusraekaplan.com

DEWEY, PEGNO & KRAMARSKY

By: /s/ Thomas E.L. Dewey
Thomas E.L. Dewey
David S. Pegno
777 Third Avenue
New York, NY 10017
Tel: (212) 943-9000
E-mail: tdewey@dpklaw.com

92912364_1

Case 1:18-md-02865-LAK   Document 47   Filed 12/07/18   Page 4 of 5
Case 1:18-md-02865-LAK   Document 43   Filed 12/05/18   Page 4 of 5

4

LAW OFFICE OF SHELDON S. TOLL PLLC

By: /s/ Sheldon S. Toll
Sheldon S. Toll
29580 Northwestern Hwy., Ste. 1000
Southfield, MI 48034
Tel: (248) 797-9111
E-mail: sst@lawtoll.com

SEWARD & KISSEL LLP

By: /s/ Mark J. Hyland
Mark J. Hyland
One Battery Park Plaza
New York, NY 10004
Tel: (212) 574-1200
E-mail:hyland@sewkis.com

KIERTON MCCONKIE

By: /s/ Benson L. Hathaway
Benson L. Hathaway, Jr.
Analise Quinn Wilson
50 E. South Temple, Suite 400
P.O. Box 45120
Salt Lake City, Utah 84145
Tel: (801) 328-3600
E-mail:bhathaway@kmclaw.com

K&L GATES LLP

By: /s/ John Blessington
John Blessington
One Lincoln Street
Boston, MA 02111
Tel: (617) 261-3108
E-mail:john.blessington@klgates.com

92912364_1

Case 1:18-md-02865-LAK   Document 47   Filed 12/07/18   Page 5 of 5
Case 1:18-md-02865-LAK   Document 43   Filed 12/05/18   Page 5 of 5

5

KATTEN MUCHIN ROSENMAN LLP

By: /s/ David L. Goldberg
David L. Goldberg
New York, NY 10022-2585
Tel: (212) 940-6787
E-mail: david.goldberg@kattenlaw.com

*Attorneys for Defendants*

SO ORDERED:

_____
U.S. District Judge ~~Lewis A. Kaplan~~
J. Paul Oetken
(Part I)

Dated: 12/7/2018