**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: All cases.

MASTER DOCKET

18-md-2865 (LAK)

## NOTICE OF MOTION AND MOTION
## FOR WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules for the United

States District Court for the Southern District of New York, I, Marc A. Weinstein, a partner with

the law firm Hughes Hubbard & Reed LLP, hereby notify the Court that Sarah L. Cave is no

longer associated with the law firm Hughes Hubbard & Reed LLP.  I, along with William R.

Maguire and Neil J. Oxford, partners with the law firm Hughes Hubbard & Reed LLP, and John

T. McGoey, counsel with the law firm Hughes Hubbard & Reed LLP, will continue to serve as

lead counsel for Plaintiff Skatteforvaltningen.  Accordingly, I hereby request that Ms. Cave's

name and email address be removed from the official docket of this multi-district litigation and

the individual dockets of all cases consolidated herein.

Dated: New York, New York
       October 2, 2019

Respectfully submitted,


HUGHES HUBBARD & REED LLP

By: /s/ Marc A. Weinstein
William R. Maguire
Marc A. Weinstein
Neil J. Oxford
John T. McGoey
One Battery Park Plaza
New York, NY  10004-1482
Tel.: (212) 837-6000
Fax: (212) 422-4726
Email: Marc.weinstein@hugheshubbard.com

*Attorneys for Plaintiff Skatteforvaltningen*


SO ORDERED:


_____
Hon. Lewis A. Kaplan
United States District Judge

2