UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-04892. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The MPQ Holdings LLC 401K Plan ("MPQ Plan") and Mitchell Protass ("Protass") hereby stipulate and agree that SKAT's action against Defendants MPQ Plan and Protass, captioned *Skatteforvaltningen v. The MPQ Holdings LLC 401K Plan*, et al., No. 18-cv-04892, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, without prejudice, with each party bearing its own costs and attorneys' fees.

Case 1:18-md-02865-LAK    Document 937    Filed 12/04/23    Page 2 of 2

2

Dated: New York, New York
      December 4, 2023


By: /s/ Marc A. Weinstein
    Marc A. Weinstein
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: (212) 837-6000
Fax: (212) 422-4726
marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
POULOS LOPICCOLO PC
311 West 43rd St., 11th Fl., Ste. 124
New York, NY 10036
Telephone: (646) 931-0011
Fax: (732) 358-0180
lopiccolo@pllawfirm.com

*Counsel for The MPQ Holdings LLC 401K Plan and Mitchell Protass*

SO ORDERED:

_____
    Lewis A. Kaplan
  United States District Judge