**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF
THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX REFUND
SCHEME LITIGATION

This document relates to: 18-cv-04892.

MASTER DOCKET

18-md-2865 (LAK)

---

### STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Skatteforvaltningen ("SKAT") and Defendants The MPQ Holdings LLC 401K Plan ("MPQ Plan") and Mitchell Protass ("Protass") hereby stipulate and agree that SKAT's action against Defendants MPQ Plan and Protass, captioned *Skatteforvaltningen v. The MPQ Holdings LLC 401K Plan, et al.*, No. 18-cv-04892, which is part of these consolidated proceedings, is hereby voluntarily dismissed by SKAT, without prejudice, with each party bearing its own costs and attorneys' fees.

2

Dated: New York, New York
December 4, 2023

By: /s/ Marc A. Weinstein
    Marc A. Weinstein
    HUGHES HUBBARD & REED LLP
    One Battery Park Plaza
    New York, New York 10004-1482
    Telephone: (212) 837-6000
    Fax: (212) 422-4726
    marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen*
*(Customs and Tax Administration of the*
*Kingdom of Denmark)*

By: /s/ Joseph LoPiccolo
    Joseph LoPiccolo
    POULOS LOPICCOLO PC
    311 West 43rd St., 11th Fl., Ste. 124
    New York, NY 10036
    Telephone: (646) 931-0011
    Fax: (732) 358-0180
    lopiccolo@pllawfirm.com

*Counsel for The MPQ Holdings LLC 401K Plan*
*and Mitchell Protass*

SO ORDERED:

_____
Lewis A. Kaplan
United States District Judge

12/12/23